Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−16504−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Silfredo J. Trujillo
   21 Beacon Street
   Port Reading, NJ 07064

Social Security No.:
   xxx−xx−6861

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      12/13/23
Time:      02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Jamal J Romero, Debtor's Attorney

COMMISSION OR FEES
fee: $4,574.50

EXPENSES
expenses: $62.67

If this is a chapter 13 case, the fees and expenses awarded:

   ☐    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☑    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 13, 2023
JAN:

                                                                    Jeanne Naughton
                                                                    Clerk

Case 19-16504-MBK    Doc 124    Filed 11/15/23    Entered 11/16/23 00:19:08    Desc
Imaged Certificate of Notice    Page 2 of 6

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-16504-MBK

Silfredo J. Trujillo  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 4
Date Rcvd: Nov 13, 2023  Form ID: 137  Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Silfredo J. Trujillo, 21 Beacon Street, Port Reading, NJ 07064-1205 |
| 518154734 | + | Boston Heart Diagnostics, 175 Corssing Blvd., Framingham, MA 01702-4475 |
| 518154746 | + | Dynamic Health and Rehab, 31-00 Broadway, Fair Lawn, NJ 07410-3963 |
| 518154751 | | Management Services Incorp., c/o Kabbage, Inc., Langhorne, PA 19047 |
| 518154754 | + | NRS Group, LLC, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 518154755 | + | Olga DaSilva, 21 Beacon Street, Port Reading, NJ 07064-1205 |
| 518154758 | + | Professional Account Management, LLC, PO Box 1520, Milwaukee, WI 53201-1520 |
| 518154759 | + | Robert J. Malloy, Esq., P.C., 2 North Maple Ave., Marlton, NJ 08053-3008 |
| 518309168 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518154763 | + | Township of Woodbridge, PO Box 5004, Woodbridge, NJ 07095-5004 |
| 518154765 | + | Tri-State Health and Wellness, 31-00 Broadway, 1st Floor, Fair Lawn, NJ 07410-3963 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2023 23:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2023 23:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: courts@southjerseyfcu.com | Nov 13 2023 23:56:00 | South Jersey FCU, PO Box 5530, Deptford, NJ 08096-0530 |
| cr | + | Email/Text: courts@southjerseyfcu.com | Nov 13 2023 23:56:00 | South Jersey Federal Credit Union, 1615 Hurfville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 518154730 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 13 2023 23:54:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518207584 | | Email/Text: ally@ebn.phinsolutions.com | Nov 13 2023 23:54:00 | Ally Financial Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 518184382 | + | Email/Text: bkfilings@zwickerpc.com | Nov 13 2023 23:57:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 518154731 | + | Email/PDF: bncnotices@becket-lee.com | Nov 13 2023 23:38:25 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518154732 | + | Email/Text: bnc-applied@quantum3group.com | Nov 13 2023 23:57:00 | Applied Bnk, Attn: Bankruptcy, Po Box 17125, Wilmington, DE 19850-7125 |
| 518209785 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Nov 13 2023 23:38:10 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 518154733 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Nov 14 2023 00:06:07 | Bmw Financial Services, Attn: Bankruptcy |

Case 19-16504-MBK    Doc 124    Filed 11/15/23    Entered 11/16/23 00:19:08    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: 137 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| | | | | Department, Po Box 3608, Dublin, OH 43016 |
| 518162628 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 13 2023 23:38:41 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518154738 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2023 23:05:18 | CBNA, 701 East 60th Street, Sioux Falls, SD 57104-0432 |
| 518154739 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2023 00:05:24 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518197194 | + | Email/Text: documentfiling@lciinc.com | Nov 13 2023 23:54:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518154735 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2023 23:05:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518183481 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 13 2023 23:38:10 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518154736 | + | Email/Text: bankruptcy@cavps.com | Nov 13 2023 23:57:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 518160243 | + | Email/Text: bankruptcy@cavps.com | Nov 13 2023 23:57:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518154737 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2023 23:56:00 | Cb/Vicscrt, 220 West Schrock Road, Westerville, OH 43081-2873 |
| 518154740 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 13 2023 23:57:00 | Ccs Collections, 725 Canton St, Norwood, MA 02062-2679 |
| 518214137 | + | Email/Text: RASEBN@raslg.com | Nov 13 2023 23:55:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518154742 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2023 23:06:25 | Citi, PO Box 70166, Philadelphia, PA 19176-0166 |
| 518154743 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 13 2023 23:54:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 518154744 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2023 23:05:18 | Department Stores, NA, 701 East 60th Street, Sioux Falls, SD 57104-0432 |
| 518166509 | | Email/Text: mrdiscen@discover.com | Nov 13 2023 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518154745 | + | Email/Text: mrdiscen@discover.com | Nov 13 2023 23:54:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518228619 | + | Email/Text: g2sogasbnkr@southernco.com | Nov 13 2023 23:54:00 | Elizabethtown Gas, 544 S. Independence Blvd., Virginia Beach, VA 23452-1104 |
| 518154747 | + | Email/Text: Bankruptcies@FirstHomeBank.com | Nov 13 2023 23:57:00 | First Home Bank, Attn: Deposit Operations, 9190 Seminole Blvd, Seminole, FL 33772-3148 |
| 518154748 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 13 2023 23:55:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518154750 | + | Email/Text: abachman@rmbcollect.com | Nov 13 2023 23:57:00 | JFK Medical Center, 80 James Street, Edison, NJ 08820-3938 |
| 518154749 | + | Email/Text: abachman@rmbcollect.com | Nov 13 2023 23:57:00 | JFK Medical Center, PO Box 11913, Newark, NJ 07101-4913 |
| 518154741 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 13 2023 23:38:48 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519971459 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 13 2023 23:38:36 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 519971458 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |

Case 19-16504-MBK   Doc 124   Filed 11/15/23   Entered 11/16/23 00:19:08   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: 137 | Total Noticed: 62 |

| | | | |
|---|---|---|---|
| | | Nov 13 2023 23:05:39 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518154752 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2023 23:56:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 518243376 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2023 23:56:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518291832 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2023 00:07:16 | | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 518154757 | Email/Text: signed.order@pfwattorneys.com | Nov 13 2023 23:54:00 | Pressler, Felt & Washaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 518154756 | + Email/PDF: rmscedi@recoverycorp.com | Nov 13 2023 23:38:10 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 518191795 | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2023 23:56:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518154753 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 13 2023 23:55:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 518154760 | + Email/Text: courts@southjerseyfcu.com | Nov 13 2023 23:56:00 | South Jersey FCU, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |
| 518154761 | + Email/Text: bankruptcy@sw-credit.com | Nov 13 2023 23:56:00 | Southwest Credit, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 518154762 | + Email/Text: ClericalSupport@tenagliahunt.com | Nov 13 2023 23:55:00 | Tenaglia & Hunt, P.A., 395 West Passaic Street, #205, Rochelle Park, NJ 07662-3016 |
| 518154764 | + Email/Text: bernadette.wroblak@twp.woodbridge.nj.us | Nov 13 2023 23:57:00 | Township of Woodbridge, 1 Main Street, Woodbridge, NJ 07095-3352 |
| 518154766 | + Email/Text: karen.brown@treasury.gov | Nov 13 2023 23:55:00 | U.S. Department of the Treasury (Fax Onl, 1500 Pennsylvania Avenue Nw, Washington, DC 20220-0002 |
| 518177821 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 14 2023 00:05:24 | US Dept of Housing, 451 7th St SW, Washington, DC 20410-0001 |
| 518258988 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 13 2023 23:38:37 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, POB 1629, Minneapolis, MN 55440-1629 |
| 518154767 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 13 2023 23:05:17 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |
| 518154768 | + Email/Text: bkfilings@zwickerpc.com | Nov 13 2023 23:57:00 | Zwicker & Associates, 1105 Laurel Oak Road, Ste. 136, Voorhees, NJ 08043-4312 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 13, 2023 | Form ID: 137 | Total Noticed: 62 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2023           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2023 at the address(es) listed below:

**Name**   **Email Address**

Albert Russo
  on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
  docs@russotrustee.com

Carlos D Martinez
  on behalf of Debtor Silfredo J. Trujillo carlos@martinezlegal.co

David L. Stevens
  on behalf of Debtor Silfredo J. Trujillo dstevens@scura.com
  ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com

Denise E. Carlon
  on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
  on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Jamal J Romero
  on behalf of Debtor Silfredo J. Trujillo jromero@scura.com
  dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com

John F Newman
  on behalf of Creditor South Jersey Federal Credit Union courts@firstharvestcu.com

Paul Evangelista
  on behalf of Debtor Silfredo J. Trujillo pevangelista@scura.com
  pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;aknapp@scura.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10