| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 19-16504 / MBK**

Silfredo J. Trujillo

Petition Filed Date: 03/31/2019
341 Hearing Date: 05/09/2019
Confirmation Date: 08/14/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2023 | $1,030.00 | 89556340 | 02/22/2023 | $1,030.00 | 90108250 | 03/15/2023 | $1,030.00 | 90548920 |
| 04/04/2023 | $1,030.00 | 90922500 | 04/28/2023 | $1,030.00 | 91355010 | 06/28/2023 | $1,030.00 | 92443080 |
| 07/12/2023 | $1,030.00 | 92710150 | 10/03/2023 | $1,030.00 | | 10/04/2023 | $1,030.00 | |
| 10/16/2023 | $1,030.00 | 94314410 | 11/02/2023 | $1,030.00 | 94606940 | 11/08/2023 | $1,030.00 | 94739300 |
| 12/26/2023 | $1,030.00 | 95475990 | 01/17/2024 | $1,030.00 | 95863840 | | | |

**Total Receipts for the Period:** $14,420.00    **Amount Refunded to Debtor Since Filing:** $0.00    **Total Receipts Since Filing:** $47,392.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Silfredo J. Trujillo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | David L. Stevens, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,560.00 | $2,560.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»»  CITIBANK/BEST BUY | Unsecured Creditors | $3,608.47 | $0.00 | $3,608.47 |
| 2 | CREDIT ACCEPTANCE CORPORATION<br>»»  2014 BUICK LACROSSE | Debt Secured by Vehicle | $18,745.00 | $18,704.26 | $40.74 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2015, 2018 | Priority Creditors | $2,261.11 | $0.00 | $2,261.11 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2014 | Unsecured Creditors | $1,523.21 | $0.00 | $1,523.21 |
| 5 | DISCOVER BANK<br>»»  JUDGMENT DJ-012841-19/AVOID LIEN | Unsecured Creditors | $7,515.81 | $0.00 | $7,515.81 |
| 6 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»»  P/21 BEACON ST/3RD MRTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A.<br>»»  HSBC | Unsecured Creditors | $1,359.58 | $0.00 | $1,359.58 |
| 8 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $41,162.83 | $0.00 | $41,162.83 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  APPLIED CARD SYSTEMS | Unsecured Creditors | $2,550.88 | $0.00 | $2,550.88 |
| 10 | COMCAST | Unsecured Creditors | $460.07 | $0.00 | $460.07 |
| 11 | ALLY FINANCIAL LEASE TRUST<br>»»  LEASE END BAL | Unsecured Creditors | $3,443.35 | $0.00 | $3,443.35 |
| 12 | BMW FINANCIAL SERVICES NA LLC<br>»»  2015 BMW 528/DEF BAL | Unsecured Creditors | $10,326.13 | $0.00 | $10,326.13 |

**Chapter 13 Case No. 19-16504 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CHASE BANK USA, N.A. | Unsecured Creditors | $2,161.30 | $0.00 | $2,161.30 |
| 14 | ELIZABETHTOWN GAS | Unsecured Creditors | $1,138.62 | $0.00 | $1,138.62 |
| 15 | MIDLAND CREDIT AS AGENT FOR »» CREDIT ONE BANK | Unsecured Creditors | $3,152.84 | $0.00 | $3,152.84 |
| 16 | MIDLAND CREDIT AS AGENT FOR »» CITIBANK/THE HOME DEPOT | Unsecured Creditors | $8,776.02 | $0.00 | $8,776.02 |
| 17 | MIDLAND CREDIT AS AGENT FOR »» CAPITAL ONE BANK | Unsecured Creditors | $4,545.47 | $0.00 | $4,545.47 |
| 18 | MIDFIRST BANK »» P/21 BEACON ST/1ST MTG/LOAN MOD ORDER 9/13/22/WELLS FARGO | Mortgage Arrears | $1,534.63 | $1,534.63 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» COMENITY/VICTORIA'S SECRET | Unsecured Creditors | $5,597.52 | $0.00 | $5,597.52 |
| 20 | NJ DIVISION OF TAXATION »» TGI-2012-2015 | Secured Creditors | $5,703.39 | $5,691.00 | $12.39 |
| 21 | NJ DIVISION OF TAXATION »» TGI-2016 | Priority Creditors | $393.68 | $0.00 | $393.68 |
| 22 | NJ DIVISION OF TAXATION »» TGI-2012-2015,2017 | Unsecured Creditors | $1,122.05 | $0.00 | $1,122.05 |
| 23 | South Jersey FCU »» P/21 BEACON ST/2ND MRTG/ORDER LOAN MOD 5/20/2020 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 0 | David L. Stevens, Esq. »» ORDER 10/20/20 | Attorney Fees | $4,603.00 | $4,603.00 | $0.00 |
| 0 | David L. Stevens, Esq. »» ORDER 5/12/22 | Attorney Fees | $4,289.21 | $4,289.21 | $0.00 |
| 0 | David L. Stevens, Esq. »» ORDER 10/13/22 | Attorney Fees | $2,721.07 | $2,721.07 | $0.00 |
| 0 | David L. Stevens, Esq. »» ORDER 12/18/23 | Attorney Fees Hold Funds: Reserve | $4,637.17 | $1,889.02 | $2,748.15 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $47,392.00 | Plan Balance: | $6,180.00 ** |
| Paid to Claims: | $41,992.19 | Current Monthly Payment: | $1,030.00 |
| Paid to Trustee: | $3,510.79 | Arrearages: | $0.00 |
| Funds on Hand: | $1,889.02 | Total Plan Base: | $53,572.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

**View your case information online for *FREE*!** Register today at www.ndc.org or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**