| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel.: (973) 696-8391<br>Jamal J. Romero, Esq.<br>jromero@scura.com<br>Attorney for Debtor | Order Filed on January 29, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Silfredo J. Trujillo,<br><br>                                    Debtor. | Case No.: 19-16504<br>Chapter: 13<br>Judge: MBK |

AMENDED

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

   The relief set forth on the following page is **ORDERED**.

**DATED: January 29, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____4,574.50_____ for services rendered and expenses in the amount of $_____62.67_____ for a total of $_____4,637.17_____ . The allowance is payable:

☒ $1,889.02  through the Chapter 13 plan as an administrative priority.

☒ $2,748.15 outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for _____N/A_____ months to allow for payment of the above fee.

*rev.8/1/15*

2