**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Silfredo J. Trujillo | Social Security number or ITIN  xxx–xx–6861 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–16504–MBK | |

# Order of Discharge                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Silfredo J. Trujillo

10/24/24                                                                    **By the court:** Michael B. Kaplan
                                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Silfredo J. Trujillo  
    Debtor

Case No. 19-16504-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Oct 24, 2024     Form ID: 3180W     Total Noticed: 63

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Silfredo J. Trujillo, 21 Beacon Street, Port Reading, NJ 07064-1205 |
| 518154734 | + | Boston Heart Diagnostics, 175 Corssing Blvd., Framingham, MA 01702-4475 |
| 518154746 | + | Dynamic Health and Rehab, 31-00 Broadway, Fair Lawn, NJ 07410-3963 |
| 518154751 | | Management Services Incorp., c/o Kabbage, Inc., Langhorne, PA 19047 |
| 518154754 | + | NRS Group, LLC, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 518154755 | + | Olga DaSilva, 21 Beacon Street, Port Reading, NJ 07064-1205 |
| 518154758 | + | Professional Account Management, LLC, PO Box 1520, Milwaukee, WI 53201-1520 |
| 518154759 | + | Robert J. Malloy, Esq., P.C., 2 North Maple Ave., Marlton, NJ 08053-3008 |
| 518309168 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518154763 | + | Township of Woodbridge, PO Box 5004, Woodbridge, NJ 07095-5004 |
| 518154765 | + | Tri-State Health and Wellness, 31-00 Broadway, 1st Floor, Fair Lawn, NJ 07410-3963 |
| 518154766 | + | U.S. Department of the Treasury (Fax Onl, 1500 Pennsylvania Avenue Nw, Washington, DC 20220-0002 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 24 2024 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 24 2024 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@firstharvestcu.com | Oct 24 2024 20:38:00 | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| lm | + | Email/Text: courts@southjerseyfcu.com | Oct 24 2024 20:39:00 | South Jersey FCU, PO Box 5530, Deptford, NJ 08096-0530 |
| cr | + | Email/Text: courts@southjerseyfcu.com | Oct 24 2024 20:39:00 | South Jersey Federal Credit Union, 1615 Hurfville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 518154730 | + | EDI: GMACFS.COM | Oct 25 2024 00:27:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518207584 | | EDI: GMACFS.COM | Oct 25 2024 00:27:00 | Ally Financial Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 518184382 | + | Email/Text: bkfilings@zwickerpc.com | Oct 24 2024 20:40:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 518154731 | + | Email/PDF: bncnotices@becket-lee.com | Oct 24 2024 20:54:17 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518154732 | + | EDI: APPLIEDBANK.COM | Oct 25 2024 00:28:00 | Applied Bnk, Attn: Bankruptcy, Po Box 17125, Wilmington, DE 19850-7125 |
| 518209785 | | EDI: BMW.COM | | |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 24, 2024 | Form ID: 3180W | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 25 2024 00:28:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 518154733 | | EDI: BMW.COM | | |
| | | | Oct 25 2024 00:28:00 | Bmw Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 518162628 | + | EDI: AISACG.COM | | |
| | | | Oct 25 2024 00:28:00 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518154738 | + | EDI: CITICORP | | |
| | | | Oct 25 2024 00:28:00 | CBNA, 701 East 60th Street, Sioux Falls, SD 57104-0432 |
| 518154739 | + | EDI: CITICORP | | |
| | | | Oct 25 2024 00:28:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518197194 | + | EDI: COMCASTCBLCENT | | |
| | | | Oct 25 2024 00:27:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518154735 | + | EDI: CAPITALONE.COM | | |
| | | | Oct 25 2024 00:27:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518183481 | + | EDI: AIS.COM | | |
| | | | Oct 25 2024 00:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518154736 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Oct 24 2024 20:39:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 518160243 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Oct 24 2024 20:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518154737 | + | EDI: WFNNB.COM | | |
| | | | Oct 25 2024 00:28:00 | Cb/Vicscrt, 220 West Schrock Road, Westerville, OH 43081-2873 |
| 518154740 | + | EDI: CCS.COM | | |
| | | | Oct 25 2024 00:28:00 | Ccs Collections, 725 Canton St, Norwood, MA 02062-2679 |
| 518214137 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Oct 24 2024 20:37:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518154742 | + | EDI: CITICORP | | |
| | | | Oct 25 2024 00:28:00 | Citi, PO Box 70166, Philadelphia, PA 19176-0166 |
| 518154743 | + | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | Oct 24 2024 20:37:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 518154744 | + | EDI: CITICORP | | |
| | | | Oct 25 2024 00:28:00 | Department Stores, NA, 701 East 60th Street, Sioux Falls, SD 57104-0432 |
| 518166509 | | EDI: DISCOVER | | |
| | | | Oct 25 2024 00:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518154745 | + | EDI: DISCOVER | | |
| | | | Oct 25 2024 00:27:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518228619 | + | Email/Text: g2sogasbnkr@southernco.com | | |
| | | | Oct 24 2024 20:37:00 | Elizabethtown Gas, 544 S. Independence Blvd., Virginia Beach, VA 23452-1104 |
| 518154747 | + | Email/Text: bankruptcies@bayfirstfinancial.com | | |
| | | | Oct 24 2024 20:38:00 | First Home Bank, Attn: Deposit Operations, 9190 Seminole Blvd, Seminole, FL 33772-3148 |
| 518154748 | | EDI: IRS.COM | | |
| | | | Oct 25 2024 00:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518154750 | + | Email/Text: abachman@rmbcollect.com | | |
| | | | Oct 24 2024 20:39:00 | JFK Medical Center, 80 James Street, Edison, NJ 08820-3938 |
| 518154749 | + | Email/Text: abachman@rmbcollect.com | | |
| | | | Oct 24 2024 20:39:00 | JFK Medical Center, PO Box 11913, Newark, NJ 07101-4913 |
| 518154741 | | EDI: JPMORGANCHASE | | |
| | | | Oct 25 2024 00:27:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519971459 | + | EDI: AISMIDFIRST | | |
| | | | Oct 25 2024 00:27:00 | MidFirst Bank, Bankruptcy Department, 999 NW |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 24, 2024 | Form ID: 3180W | Total Noticed: 63 |

| | | | |
|---|---|---|---|
| 519971458 | + EDI: AISMIDFIRST<br><br>Oct 25 2024 00:27:00 | | Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051<br><br>MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518154752 | + Email/Text: bankruptcydpt@mcmcg.com<br><br>Oct 24 2024 20:39:00 | | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 518243376 | + Email/Text: bankruptcydpt@mcmcg.com<br><br>Oct 24 2024 20:39:00 | | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518291832 | EDI: PRA.COM<br><br>Oct 25 2024 00:28:00 | | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 518154757 | Email/Text: signed.order@pfwattorneys.com<br><br>Oct 24 2024 20:37:00 | | Pressler, Felt & Washaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 518154756 | + EDI: PRA.COM<br><br>Oct 25 2024 00:28:00 | | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 518191795 | EDI: Q3G.COM<br><br>Oct 25 2024 00:28:00 | | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518154753 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov<br><br>Oct 24 2024 20:37:00 | | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 518154760 | + Email/Text: courts@southjerseyfcu.com<br><br>Oct 24 2024 20:39:00 | | South Jersey FCU, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |
| 518154761 | + Email/Text: bankruptcy@sw-credit.com<br><br>Oct 24 2024 20:39:00 | | Southwest Credit, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 518154762 | + Email/Text: ClericalSupport@tenagliahunt.com<br><br>Oct 24 2024 20:38:00 | | Tenaglia & Hunt, P.A., 395 West Passaic Street, #205, Rochelle Park, NJ 07662-3016 |
| 518154764 | + Email/Text: bernadette.wroblak@twp.woodbridge.nj.us<br><br>Oct 24 2024 20:39:00 | | Township of Woodbridge, 1 Main Street, Woodbridge, NJ 07095-3352 |
| 518177821 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov<br><br>Oct 24 2024 20:41:12 | | US Dept of Housing, 451 7th St SW, Washington, DC 20410-0001 |
| 518258988 | + EDI: WFFC2<br><br>Oct 25 2024 00:28:00 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, POB 1629, Minneapolis, MN 55440-1629 |
| 518154767 | + EDI: WFFC2<br><br>Oct 25 2024 00:28:00 | | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |
| 518154768 | + Email/Text: bkfilings@zwickerpc.com<br><br>Oct 24 2024 20:40:00 | | Zwicker & Associates, 1105 Laurel Oak Road, Ste. 136, Voorhees, NJ 08043-4312 |

TOTAL: 51

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:

**Name** | **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Carlos D Martinez
on behalf of Debtor Silfredo J. Trujillo carlos@martinezlegal.co

David L. Stevens
on behalf of Debtor Silfredo J. Trujillo dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall
on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Jamal J Romero
on behalf of Debtor Silfredo J. Trujillo jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com

John F Newman
on behalf of Creditor South Jersey Federal Credit Union courts@firstharvestcu.com

Paul Evangelista
on behalf of Debtor Silfredo J. Trujillo pevangelista@scura.com
pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com

Robert J. Malloy
on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11